**Order entered May 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00010-CR

**LARRY DON MOSLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F13-71324-I**

## ORDER

We **GRANT** Official Court Reporter Velma Loza's May 4, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **FIVE DAYS** from the date of this order.

/s/    LANA MYERS
         JUSTICE